**CHESTER H. ADAMS**, #3009
Sparks City Attorney
**THOMAS F. RILEY**, #998
Senior Assistant City Attorney
431 Prater Way
Sparks, NV 89431
(775) 353-2324
**Attorneys for Defendants
City of Sparks, Andy Flock**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

STEPHAN HAASE,

    Plaintiff,

vs.

CITY OF SPARKS, a municipal corporation,
ANDY FLOCK, an individual,

    Defendants.

Case No.  3:09-cv-00636-RCJ-RAM

**ORDER GRANTING**

**MOTION TO DISMISS**

THIS MATTER having come on regularly before the Court on April 16, 2010 for hearing of Defendants' Motion to Dismiss Amended Complaint (#9), and the Court having reviewed the pertinent documents and having heard the arguments of counsel,

**IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss Amended Complaint (#9) is hereby granted, and that the Fifth Claim for Relief of the Amended Complaint is hereby dismissed for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted a period of 14 days from the date of this Order in which to amend his Amended Complaint to assert factual allegations necessary to support his Fifth Claim for Relief under the standards of *Bell Atlantic Corp., v. Twombly,* 550 U.S. 544, 127 S.Ct.1955 (2007) and *Ashcroft v. Iqbal,* ____ U.S. ____, 129 S.Ct.1937 (2009).

DATED this _21st_ day of April, 2010.

UNITED STATES DISTRICT JUDGE