Chester H. Adams, Esq.
Sparks City Attorney
Nevada State Bar No. 3009
**Douglas R. Thornley, Esq.**
Senior Assistant City Attorney
Nevada State Bar No. 10455
Sparks City Attorney's Office
PO Box 857
Sparks, NV 89432
(775) 353-2324
**Stanley H. Brown, Jr., Esq.**
Nevada State Bar No. 1364
127 E. Liberty Street
Reno, NV 89501
(775) 337-8800

Attorneys for Defendants City of Sparks, a municipal corporation, and Andy Flock, an individual

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| **STEPHAN HAASE,** | CASE NO. 3:09-cv-00636-RCJ-RAM |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| **CITY OF SPARKS**, a municipal corporation, **ANDY FLOCK**, an individual, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between counsel for the parties above-named that pursuant to FRCP Rule 41(a)(1) the above-entitled matter be dismissed, with prejudice, each party to

///

///

///

1

bear their own attorney's fees and costs.

Dated this 27TH day of _January_, 2012.

CITY OF SPARKS

_____
Stanley H. Brown, Jr., Esq.
127 E. Liberty Street
Reno, NV 89501
(775) 337-8800

Attorney for Defendants
City of Sparks and Andy Flock

_____
Jeffrey A. Dickerson, Esq.
9585 Prototype Court, Ste. A
Reno, NV 89521
(775) 786-6664

Attorney for Plaintiff
Stephan Haase

## O R D E R

It is so ordered.

Dated this 7th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

2