```
 1  Chester H. Adams, Esq.
    Sparks City Attorney
 2  Nevada State Bar No. 3009
    Douglas R. Thornley, Esq.
 3  Senior Assistant City Attorney
    Nevada State Bar No. 10455
 4  Sparks City Attorney's Office
    PO Box 857
 5  Sparks, NV 89432
    (775) 353-2324
 6  Stanley H. Brown, Jr., Esq.
    Nevada State Bar No. 1364
 7  127 E. Liberty Street
    Reno, NV 89501
 8  (775) 337-8800

 9  Attorneys for Defendants City of
    Sparks, a municipal corporation, and Andy
10  Flock, an individual
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| STEPHAN HAASE, | CASE NO. 3:09-cv-00636-RCJ-RAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF SPARKS, a municipal corporation, ANDY FLOCK, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for the parties above-named that pursuant to FRCP Rule 41(a)(1) the above-entitled matter be dismissed, with prejudice, each party to

///

///

///

1

bear their own attorney's fees and costs.

Dated this 27TH day of     January    , 2012.

CITY OF SPARKS

_____      _____
Stanley H. Brown, Jr., Esq.     Jeffrey A. Dickerson, Esq.
127 E. Liberty Street     9585 Prototype Court, Ste. A
Reno, NV 89501     Reno, NV 89521
(775) 337-8800     (775) 786-6664

Attorney for Defendants     Attorney for Plaintiff
City of Sparks and Andy Flock     Stephan Haase

## O R D E R

It is so ordered.

Dated this 7th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

2